UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

BERNARD BERGERON,

                Plaintiff,

-against-

LOWE'S HOME CENTERS, INC., WHIRLPOOL
CORPORATION and ROPER BRAND HOME
APPLIANCES,

                Defendants.

--------------------------------------------------------------x

**JUDGE BRIEANT**

**08 No. CV 1860**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Whirlpool Corporation states that it does not have a parent company and there is no publicly held corporation that owns 10% or more of its stock.

Roper Brand Home Appliances, incorrectly named as a defendant, is not a legal entity. For purposes of this litigation, Roper is a Whirlpool brand.

Dated: New York, New York
       February 25, 2008

LEADER & BERKON LLP

By: _____
GLEN SILVERSTEIN (GS 9174)
DAVID A. PAUL (DP 7629)
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
         -and-
GEORGE R. NEUHAUSER
NALL & MILLER, LLP
235 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303-1401
(404) 522-2200
    *Attorneys for Defendant Whirlpool*
    *Corporation and Roper Brand Home*
    *Appliances*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____