UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERNARD BERGERON,

                    Plaintiff,

-vs-

LOWE'S HOME CENTERS, INC., WHIRLPOOL
CORPORATION and ROPER BRAND HOME
APPLIANCES,

                    Defendants.
------------------------------------------------------------------X

ECF CASE

NOTICE OF APPEARANCE

08 CIV 1860 (CLB)

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff BERNARD BERGERON.

I certify that I am admitted to practice in this court.

Dated: March 5, 2008

                                            ELEANOR L. POLIMENI, ESQ.
                                            of FINKELSTEIN & PARTNERS, LLP
                                            436 Robinson Avenue
                                            Newburgh, N.Y. 12550
                                            Phone: (800) 634-1212
                                            Fax: 845-562-3492
                                            E-mail: epolimeni@lawampm.com

cc: LEADER & BERKON LLP
     Attorneys for Defendant Whirlpool Corporation
     630 Third Avenue, 17th Floor
     New York, N.Y. 10017

     HODGES, WALSH & SLATER, LLP
     Attorneys for Defendant LIwe's Home Centers, Inc.
     55 Church Street
     White Plains, N.Y. 10601