UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

BERNARD BERGERON,

              Plaintiff,

-against-

LOWE'S HOME CENTERS, INC., WHIRLPOOL
CORPORATION and ROPER BRAND HOME
APPLIANCES,

              Defendants.

———————————————————————X

Case No. 08 CV 1860

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that David A. Paul, of the firm Leader & Berkon LLP, shall appear as co-counsel of record for defendants Whirlpool Corporation and Roper Home Appliances in the above-referenced action.

Dated: New York, New York
       March 6, 2008

                              LEADER & BERKON LLP

                              By: _____
                              DAVID A. PAUL (DP 7629)
                              630 Third Avenue, 17th Floor
                              New York, NY 10017
                              (212) 486-2400

                                       -and-

                              GEORGE R. NEUHAUSER
                              NALL & MILLER, LLP
                              235 Peachtree Street, N.E., Suite 1500
                              Atlanta, Georgia 30303-1401
                              (404) 522-2200
                                 *Attorneys for Defendants Whirlpool*
                                 *Corporation and Roper Home*
                                 *Appliances*

-2-

To:    Robert Moson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, New York 12550
  *Attorneys for Plaintiff Bernard Bergeron*

George Hodges, Esq.
Hodges, Walsh & Slater LLP
55 Church Street, Suite 211
White Plains, NY 10601
  *Attorneys for Defendant Lowe's Home Centers*