UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==================================X

BERNARD BERGERON,                                    Case No.: 08-CV-1860

              Plaintiffs,                          **RESPONSE TO PLAINTIFF'S**
                                    **RULE 26 (a)(1) DEMAND**

  - against –

LOWE'S HOME CENTERS, INC., et al.,

              Defendants.
==================================X

**COUNSELORS:**

    **PLEASE TAKE NOTICE** that Defendant, **LOWE'S HOME CENTERS, INC.,**

**("LOWE'S")** by its attorneys, **HODGES, WALSH & SLATER, LLP,** as and for initial

disclosure pursuant to Rule 26 (a) (1) of the Federal Rules of Civil Procedure alleges as follows:

    A.    The following witnesses may be used to support the claims or defenses and/or cross-claims of Defendant Lowe's:

        1.    The Plaintiff, Bernard Bergeron;
        2     Representatives of the Management Office, 8 Eliza Street, Beacon, New York including, but not limited to "Paul";
        3.    The Individual or Individuals who installed the gas range;
        4.    Any and all Individuals who services the gas range at any time;
        5.    Representatives of Suburban Energy Services, the Identities of whom are not presently known;
        6.    Dr. Roger Salisbury;
        7.    Sales Representatives of Lowe's;
        8.    Any and all individuals identified by other parties hereto in response to this section.

    B.    The following categories of documents may be used to support the claims or defense of Defendant Lowe's:

        1.    Sales receipt, attached to Plaintiff's Rule 26 (a) (1) Disclosure dated April 10, 2008;
        2.    Repair receipt attached to Plaintiff's Rule 26 (a) (1) Disclosure dated April 10, 2008;
        3.    Any and all photographs of the subject stove taken by or on behalf of any party hereto;
        4.    Any and all documents identified by any other party hereto.

C.    Computation of all Damages:

Upon information and belief, the information necessary to respond to this demand is exclusively in the possession of the Plaintiff and/or Plaintiff's counsel.

D.    Insurance Agreements:

At the time of the incident referred to in plaintiff's Complaint, Lowe's was self-insured.

Dated:        White Plains, New York
              July 23, 2008

                                Yours, etc.

                                HODGES, WALSH & SLATER, LLP

                                By:_____
                                    GEORGE S. HODGES  (4573)
                                    Attorneys for Defendant
                                    **55 Church Street, Suite 211**
                                    **White Plains, NY  10601**
                                    **Tel:    (914) 385-6000**
                                    **Fax:    (914) 385-6060**

TO:
        Eleanor L. Polimeni, Esq.
        FINKELSTEIN & PARTNERS
        Attorneys for Plaintiffs
        436 Robinson Avenue
        Newburgh, New York 12550
        (845) 562-0203

        LEADER & BERKON, LLP
        Attorneys for Defendant Whirlpool Corporation
        630 Third Avenue, 17th Floor
        New York, New York 10017

2

STATE OF NEW YORK            )
                                                    SS.:)
COUNTY OF WESTCHESTER     )

LAURA MALFETANO being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for

Defendants in the above action and I am over the age of 18 years and I am not a party to this

action.  On July ___, 2008, I served a true copy of **RESPONSE TO PLAINTIFFS' RULE 26**

**(a)(1) DEMAND** by mailing same in a sealed envelope, with postage prepaid thereon, in an

official depository of the U.S. Postal Service within the State of New York addressed to the last

known address of all attorneys in this action, to wit:

TO:

Eleanor L. Polimeni, Esq.
FINKELSTEIN & PARTNERS
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, New York 12550

LEADER & BERKON, LLP
Attorneys for Defendant Whirlpool Corporation
630 Third Avenue, 17th Floor
New York, New York 10017

_____
LAURA MALFETANO

Sworn to before me this
23 day of July 2008

_____
Notary Public

LEICIA GRANT
Notary Public - State of New York
No. 02GR6173546
Qualified in Westchester County
Commission Expires August 27, 2011

3